RONALD WOOD HAYES v. CHRISTOPHER DEITZ.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN THOMAS.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ABDO QUHSHI.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE LAYTON AND
ELMER LAYTON.

February 6, 1984.

Petition for certification denied.